IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ONE-E-WAY, INC., <br><br> Plaintiff, <br> v. <br><br> ANKER INNOVATIONS LTD. <br><br> Defendant. | CASE NO. 1:24-cv-01559-RP <br><br> **JURY TRIAL DEMANDED** |
| ONE-E-WAY, INC., <br><br> Plaintiff, <br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD, and SAMSUNG ELECTRONICS AMERICA, INC. <br><br> Defendants. | CASE NO. 1:24-cv-01561-RP <br><br> **JURY TRIAL DEMANDED** |

**JOINT MOTION FOR ENTRY OF AGREED SCHEDULING ORDER**

Plaintiff One-E-Way, Inc. ("Plaintiff" or "One-E-Way"); Defendant Anker Innovations Ltd. ("Anker"); and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung," and collectively with Anker, "Defendants") (collectively, "the Parties") hereby jointly move for entry of the Agreed Scheduling Order, attached hereto as Exhibit A.

1

Dated: March 28, 2025

By: */s/ Andrew G. DiNovo*
Andrew G. DiNovo
Texas State Bar No. 00790594
adinovo@dinovoprice.com
Adam G. Price
Texas State Bar No. 24027750
aprice@dinovoprice.com
Daniel L. Schmid
Texas State Bar No. 24093118
dschmid@dinovoprice.com
DINOVO PRICE LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile: (512) 727-6691

*Attorneys for Plaintiff*
*One-E-Way, Inc.*

Respectfully submitted,

By: */s/ Andy Tindel*
Andy W. Tindel
MANN, TINDEL & THOMPSON
112 East Line Street
Suite 304
Tyler, TX 75702
(903) 596-0900
Fax: (903) 596-0909
Email: atindel@andytindel.com

*Attorneys for Defendant*
*Anker Innovations Ltd.*

*/s/ Melissa R. Smith*
Melissa R. Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257

*Attorney for Defendant*
*Samsung Electronics America, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 28, 2025, a true and correct copy of the foregoing document was caused to be served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Andrew G. DiNovo*
Andrew G. DiNovo